## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES LEWIS HOPKINS**                                    **PLAINTIFF**
*ADC #185090*

**v.**                        **CASE NO. 4:23-CV-00999-BSM-BBM**

**ERIC HIGGINS,** *et al.*                                **DEFENDANTS**

## <u>ORDER</u>

After careful review of the record, Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 45] is adopted and defendants' motion for summary judgment [Doc. No. 36] is denied without prejudice.

IT IS SO ORDERED this 29th day of August, 2025.

UNITED STATES DISTRICT JUDGE