**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES LEWIS HOPKINS** **PLAINTIFF**
ADC #185090

**v.** **CASE NO. 4:23-CV-00999-BSM**

**ERIC HIGGINS, *et al.*** **DEFENDANTS**

# ORDER

United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 82] is adopted. Hopkins's motions for medical records [Doc. Nos. 69 & 73] are denied. Defendants' motion for summary judgment [Doc. No. 62] is granted and the claims against defendants are dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE