**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES LEWIS HOPKINS** **PLAINTIFF**
ADC #185090

**v.** **CASE NO. 4:23-CV-00999-BSM**

**ERIC HIGGINS, *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE